\*\*\*EFILED\*\*\*
Case Number 2018L 001479
Date: 10/31/2018 4:36 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| ALVIN D. HARVEY, | ) |
| Plaintiff, | ) 2018L 001479 |
| vs. | ) No. 18-L- |
| TIMOTHY A. BEIERMANN, DOMINO'S PIZZA LLC, and RYDER TRUCK RENTAL, | ) |
| Defendants. | ) |

## COMPLAINT

### COUNT I

Now comes Plaintiff, ALVIN D. HARVEY, by and through his attorneys, The Unsell Law Firm, P.C., and for his complaint against the Defendant, TIMOTHY A. BEIERMANN, states as follows:

1. That at all times herein mentioned, the Plaintiff, Alvin D. Harvey, was a resident of Wood River, Madison County, Illinois, and at all times mentioned herein the Plaintiff was a citizen of the United States.

2. That at all times hisein mentioned, the Defendant, Timothy A. Beiermann, was a resident of High Ridge, Jefferson County, Missouri.

3. Venue exists in the Court pursuant to 735 ILCS 5/2-101, because the events or omissions giving rise to the claims alleged herein occurred in Madison County, Illinois.

4. That on or about November 2, 2016, the Defendant was operating a semi tractor trailer Westbound on West Main Street at intersection with West St. Louis Avenue, in East Alton, Madison County, Illinois.

**EXHIBIT A**

5. That on or about November 2, 2016, the Plaintiff who was lawfully operating a motor vehicle Westbound on West Main Street at intersection with West St. Louis Avenue, in East Alton, Madison County, Illinois.

6. That on the aforesaid time and place, the Defendant, Timothy A. Beiermann, owed the Plaintiff and others lawfully on the roads a duty to operate their motor vehicle safely and to exercise ordinary care so as to not negligently cause injury to persons lawfully on the roadway. Further, the Defendant owed this duty to Plaintiff.

7. That on the aforesaid time and place, the Defendant, Timothy A. Beiermann, negligently drove his semi tractor trailer into and collided with the Plaintiff.

8. That on November 2, 2016, the Defendant, in breach and derogation of his duty of care owed to the Plaintiff was guilty of one or more of the following negligent acts and/or omissions:

   a. failed to keep a sufficient look-out for vehicles and persons on the roadway.

   b. failed to keep his vehicle under control at all times.

   c. failed to slow or stop his vehicle to avoid colliding with the vehicle being driven by Plaintiff.

   d. failed to ensure that no oncoming traffic existed before proceeding into the above referenced intersection.

   e. was otherwise careless and negligent in the operation of his vehicle.

   f. charged and violated statute 625 5/11-1402(a) by unsafe backing on a roadway.

9. That as a result and proximate cause and result of one or more of the foregoing negligent acts or omissions of the Defendant, the Plaintiff sustained serious and permanent injuries and was required to seek extensive medical treatment.

**EXHIBIT A**

10. That as a direct and proximate cause and result of the Plaintiff's injuries, he has in the past and will in the future be required to expend large sums of money securing medical treatment for his injuries.

11. That as a direct and proximate cause and result of Plaintiff's injuries, he has in the past lost large sums of money that she might have otherwise gained from the pursuit of his usual occupation.

WHEREFORE, Plaintiff, Alvin D. Harvey, prays this Honorable Court enter judgment in his favor and against the Defendant, Timothy A. Beiermann, in excess of Fifty Thousand Dollars ($50,000.00) exclusive of interest and costs, and for such other and further relief as the Court deems fair and just.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

### COUNT II

Now comes Plaintiff, ALVIN D. HARVEY, by and through his attorneys, The Unsell Law Firm, P.C., and for his complaint against the Defendant, Domino's Pizza LLC, states as follows:

1. That at all times herein mentioned, the Plaintiff, Alvin D. Harvey, was a resident of Wood River, Madison County, Illinois, and at all times mentioned hisein the Plaintiff was a citizen of the United States.

2. That at all times herin mentioned, the Defendant, Domino's Pizza LLC was a limited liability corporation, having its headquarters and registered agent in Plymouth, Michigan.

3. That Defendant Domino's Pizza is a corporation that owns and operates pizza delivery restaurants throughout the United States and does business in Madison County, State of Illinois.

**EXHIBIT A**

4. Venue exists in the Court pursuant to 735 ILCS 5/2-101, because the events or omissions giving rise to the claims alleged herein occurred in Madison County, Illinois.

5. That on or about November 2, 2016, the Defendant, Timothy A. Beiermann was operating a semi tractor trailer leased to Domino's Pizza, LLC Westbound on West Main Street at intersection with West St. Louis Avenue, in East Alton, Madison County, Illinois.

6. That the vehicle leased to Domino's Pizza displayed the Domino's logo on the tractor and trailer and furthis displayed Domino's Pizza's U.S. Department of Transportation number.

7. That on or about November 2, 2016, the Plaintiff, Alvin D. Harvey was lawfully operating a motor vehicle Westbound on West Main Street at intersection with West St. Louis Avenue, in East Alton, Madison County, Illinois.

8. That on the aforesaid time and place, the Defendant, Timothy A. Beiermann and Domino's Pizza LLC, owed the Plaintiff and others lawfully on the roads a duty to operate their motor vehicle safely and to exercise ordinary care so as to not negligently cause injury to persons lawfully on the roadway. Further, the Defendant owed this duty to Plaintiff.

9. That on the aforesaid time and place, the Defendant, Timothy A. Beiermann, negligently drove his semi tractor trailer leased to Domino's Pizza LLC into and collided with the Plaintiff.

10. That on November 2, 2016, the Defendant, in breach and derogation of his duty of care owed to the Plaintiff was guilty of one or more of the following negligent acts and/or omissions:

   a. failed to keep a sufficient look-out for vehicles and persons on the roadway.

   b. failed to keep his vehicle under control at all times.

   c. failed to slow or stop his vehicle to avoid colliding with the vehicle being driven

**EXHIBIT A**

by Plaintiff.

d. failed to ensure that no oncoming traffic existed before proceeding into the above referenced intersection.

e. was otherwise careless and negligent in the operation of his vehicle.

f. was charged and violated statute 625 5/11-1402(a) for unsafe backing on a roadway.

11. That as a result and proximate cause and result of one or more of the foregoing negligent acts or omissions of the Defendant, the Plaintiff sustained serious and permanent injuries and was required to seek extensive medical treatment.

13. That as a direct and proximate cause and result of the Plaintiff's injuries, he has in the past and will in the future be required to expend large sums of money securing medical treatment for his injuries.

14. That as a direct and proximate cause and result of Plaintiff's injuries, he has in the past lost large sums of money that he might have otherwise gained from the pursuit of his usual occupation.

WHEREFORE, Plaintiff, Alvin D. Harvey, prays this Honorable Court enter judgment in his favor and against the Defendant, Domino's Pizza LLC, in a sum in excess of Fifty Thousand Dollars ($50,000.00) exclusive of interest and costs, and for such other and further relief as the Court deems fair and just.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

### COUNT III

Now comes Plaintiff, ALVIN D. HARVEY, by and through his attorneys, The Unsell Law Firm, P.C., and for his complaint against the Defendant, Ryder Truck Rental, states as follows:

**EXHIBIT A**

1. That at all times herein mentioned, the Plaintiff, Alvin D. Harvey, was a resident of Wood River, Madison County, Illinois, and at all times mentioned herein the Plaintiff was a citizen of the United States.

2. That at all times herein mentioned, the Defendant, Ryder Truck Rental was a Missouri Corporation, with its registered agent Corporate Creations Network, Inc., in St. Louis, Missouri.

3. Venue exists in the Court pursuant to 735 ILCS 5/2-101, because the events or omissions giving rise to the claims alleged herein occurred in Madison County, Illinois.

4. That on or about November 2, 2016, the Defendant, Timothy A. Beiermann was operating a semi tractor trailer owned by Ryder Truck Rental and leased to Domino's Pizza, LLC Westbound on West Main Street at intersection with West St. Louis Avenue, in East Alton, Madison County, Illinois.

5. That the vehicle operated by Timothy A. Beiermann was owned and registered to the Defendant Ryder Truck Rental and displayed its registration plate on said vehicle.

6. That on or about November 2, 2016, the Plaintiff, Alvin D. Harvey who was lawfully operating a motor vehicle Westbound on West Main Street at intersection with West St. Louis Avenue, in East Alton, Madison County, Illinois.

7. That on the aforesaid time and place, the Defendant, Timothy A. Beiermann, Domino's Pizza LLC, and Ryder Truck Rental owed the Plaintiff and others lawfully on the roads a duty to operate their motor vehicle safely and to exercise ordinary care so as to not negligently cause injury to persons lawfully on the roadway. Further, the Defendant owed this duty to Plaintiff.

8. That on the aforesaid time and place, the Defendant, Timothy A. Beiermann,

**EXHIBIT A**

negligently drove his semi tractor trailer owned by Ryder Truck Rental and leased to Domino's Pizza LLC into and collided with the Plaintiff.

9. That on November 2, 2016, the Defendant, in breach and derogation of his duty of care owed to the Plaintiff was guilty of one or more of the following negligent acts and/or omissions:

a. failed to keep a sufficient look-out for vehicles and persons on the roadway.

b. failed to keep his vehicle under control at all times.

c. failed to slow or stop his vehicle to avoid colliding with the vehicle being driven by Plaintiff.

d. failed to ensure that no oncoming traffic existed before proceeding into the above referenced intersection.

e. was otherwise careless and negligent in the operation of his vehicle.

f. was charged with and violated Illinois statute 625 5/11-1402(a) by unsafe backing on a roadway.

10. That as a result and proximate cause and result of one or more of the foregoing negligent acts or omissions of the Defendant, the Plaintiff sustained serious and permanent injuries and was required to seek extensive medical treatment.

11. That as a direct and proximate cause and result of the Plaintiff's injuries, he has in the past and will in the future be required to expend large sums of money securing medical treatment for his injuries.

12. That as a direct and proximate cause and result of Plaintiff's injuries, he has in the past lost large sums of money that he might have otherwise gained from the pursuit of his usual occupation.

**EXHIBIT A**

WHEREFORE, Plaintiff, Alvin D. Harvey, prays this Honorable Court enter judgment in his favor and against the Defendant, Ryder Truck Rental, in excess of Fifty Thousand Dollars ($50,000.00) exclusive of interest and costs, and for such other and further relief as the Court deems fair and just.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,

BY: *(signature)*

Edward W. Unsell #03124228
Fred Patrick Schuman #6279753
Joshua R. Evans #6318288
Attorneys for Plaintiff
69 South 9th Street
East Alton, IL 62024
(618) 259-3728
(618) 259-3783 -facsimile
office@unselllaw.com

**EXHIBIT A**

Case Number 2018L 001479
Date: 10/31/2018 4:36 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| ALVIN D. HARVEY, | ) | |
| | ) | 2018L 001479 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 18-L- |
| | ) | |
| TIMOTHY A. BEIERMANN, | ) | |
| DOMINO'S PIZZA LLC, and | ) | |
| RYDER TRUCK RENTAL, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

I, Fred Patrick Schuman, duly sworn state that it is my belief that the damages in this case do exceed Fifty Thousand Dollars ($50,000.00).

Further, Affiant sayeth not.

BY: _____
Edward W. Unsell, #03124228
Fred Patrick Schuman #6279753
Joshua R. Evans #6318288
Attorney for Plaintiff
69 South 9th Street
East Alton, Illinois 62024
(618) 259-3728
(618) 259-3783 - facsimile
office@unselllaw.com

SUBSCRIBED AND SWORN to before me, a Notary Public, this 31st day of Oct, 2018.

"OFFICIAL SEAL"
LORI ANN RUTZ
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 28, 2022

Notary Public

Page 1 of 1         18-L-

**EXHIBIT A**

Case Number 2018L 001479
Date: 10/31/2018 4:36 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| ALVIN D. HARVEY, SR., ) | 2018L 001479 |
| Plaintiff, ) | |
| vs. ) | No. 18-L- |
| TIMOTHY A. BEIERMANN, ) | |
| DOMINO'S PIZZA LLC, and ) | |
| RYDER TRUCK RENTAL, ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

Comes now Fred Patrick Schuman of The Unsell Law Firm, P.C., and hereby enters his appearance on behalf of said Plaintiff, ALVIN D. HARVEY, SR., and requests that all future correspondence and pleadings be forwarded to their business address.

BY: /s/ Fred Schuman
Edward W. Unsell #03124228
Fred Patrick Schuman #6279753
Joshua R. Evans #6318288
Attorneys for Plaintiff
69 South 9th Street
East Alton, IL 62024
(618) 259-3728 Telephone
(618) 259-3783 Facsimile
office@unselllaw.com

Page 1 of 1                                18-L-

**EXHIBIT A**

STATE OF ILLINOIS

COUNTY OF Madison

IN THE CIRCUIT COURT OF THE Third JUDICIAL DISTRICT

| | |
|---|---|
| Alvin D. Harvey<br>Plaintiff,<br>v.<br>Timothy A. Beiermann,<br>Domino's Pizza LLC and<br>Ryder Truck Rental<br>Defendant. | Case Number: 2018L 001479<br><br>Amount of money claimed: $ _____ |

### SUMMONS -- 30 days

**To each Defendant:** Ryder Truck Rental, c/o Corporate Creations Network, Inc., 12747 Olive Blvd., 300, St. Louis, MO 63141

You are summoned and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the date of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the Officer:**

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date below.

WITNESS, Circuit Clerk of the __Third__ Judicial Circuit, and the seal thereof,

the City of __Edwardsville__, in __Madison__ County,

Date: __11/1/2018__, 20 ___.

Signed: /s/ Mark Von Nida  Clerk of the Circuit Court

_____, Clerk of the _____ Judicial Circuit

*E-filing is now mandatory for documents in civil cases with limited exceptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinois courts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**Prepared by:**

The Unsell Law Firm, P.C.

69 South 9th Street

East Alton, IL 62024

**SUMMONS - ORIGINAL**

**CIRCUIT CLERK'S COPY**

American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT A**

## SHERIFF'S FEES

Service and return . . . . . . . . . . . . $_____
Miles _____       _____
TOTAL. . . . . . . . . . . . . . . . . . . . . . . . .$_____

_____
Sheriff of _____County

I certify that I served this summons on defendant(s) as follows:

(a) - Individual defendants-personal:

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Date of Service |
|---|---|
|  |  |
|  |  |
|  |  |

(b) - Individual defendants-abode:

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of the family, or a person residing there, of the age of 13 years or upwards, informing that person of the contents the summons, and also be sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his or her usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of Service | Date of Mailing |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

© - Corporation defendants:

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
|  |  |  |
|  |  |  |

(d) - Other service:

_____, Sheriff of _____County

**EXHIBIT A**

STATE OF ILLINOIS

COUNTY OF __Madison__

IN THE CIRCUIT COURT OF THE __Third__ JUDICIAL DISTRICT

| | |
|---|---|
| <u>Alvin D. Harvey</u><br>Plaintiff,<br>v.<br><u>Timothy A. Beiermann,</u><br><u>Domino's Pizza LLC</u> and<br><u>Ryder Truck Rental</u><br>Defendant. | 2018L 001479<br>Case Number: _____<br><br>Amount of money claimed: $_____ |

**SUMMONS -- 30 days**

To each Defendant: Timothy A. Beiermann, 1716 Debbie Drive, High Ridge, MO 63049

You are summoned and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the date of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the Officer:**

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date below.

WITNESS, Circuit Clerk of the __Third__ Judicial Circuit, and the seal thereof, in the City of __Edwardsville__, in __Madison__ County, Illinois

(Seal of Court)

Date: __11/1/2018__, 20 ___.

Signed: __/s/ Mark Von Nida__  Clerk of the Circuit Court, Clerk of the _____ Judicial Circuit

**Prepared by:**

The Unsell Law Firm, P.C.

69 South 9th Street

East Alton, IL 62024

*E-filing is now mandatory for documents in civil cases with limited exceptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinois courts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

SUMMONS - ORIGINAL

CIRCUIT CLERK'S COPY

American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT A**

## SHERIFF'S FEES

Service and return . . . . . . . . . . . . $_____

Miles _____

TOTAL. . . . . . . . . . . . . . . . . . . . . . . . .$_____

_____

Sheriff of _____ County

I certify that I served this summons on defendant(s) as follows:

(a) - Individual defendants-personal:

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Date of Service |
|---|---|
|  |  |
|  |  |
|  |  |

(b) - Individual defendants-abode:

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with 2 person of the family, or a person residing there, of the age of 13 years or upwards, informing that person of the contents the summons, and also be sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his or her usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of Service | Date of Mailing |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

(c) - Corporation defendants:

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
|  |  |  |
|  |  |  |

(d) - Other service:

_____, Sheriff of _____ County

**EXHIBIT A**

STATE OF ILLINOIS

COUNTY OF Madison

IN THE CIRCUIT COURT OF THE Third JUDICIAL DISTRICT

| | |
|---|---|
| Alvin D. Harvey <br> Plaintiff, <br> v. <br> Timothy A. Beiermann, <br> Domino's Pizza LLC and <br> Ryder Truck Rental <br> Defendant. | Case Number: 2018L 001479 <br><br> Amount of money claimed: $ _____ |

### SUMMONS — 30 days

**To each Defendant:** Domino's Pizza LLC c/o The Corporation Company, 40600 Ann Arbor Road E Ste. 201, Plymouth, MI 48170

You are summoned and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the date of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the Officer:**

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date below.

WITNESS, Circuit Clerk of the ___Third___ Judicial Circuit, and the seal thereof,

the City of ___Edwardsville___, in ___Madison___ County,

Date: __11/1/2018__, 20 __.
/s/ Mark Von Nida  Clerk of the Circuit Court
Signed: _____, Clerk of the _____ Judicial Circuit

**Prepared by:**
The Unsell Law Firm, P.C.
69 South 9th Street
East Alton, IL  62024

*E-filing is now mandatory for documents in civil cases with limited exceptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinois courts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

SUMMONS - ORIGINAL
CIRCUIT CLERK'S COPY

American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT A**

## SHERIFF'S FEES

Service and return . . . . . . . . . . . . $ _____
Miles _____
TOTAL . . . . . . . . . . . . . . . . . . . . . . . $ _____

_____
Sheriff of _____ County

I certify that I served this summons on defendant(s) as follows:

### (a) - Individual defendants-personal:

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Date of Service |
|---|---|
| | |
| | |
| | |

### (b) - Individual defendants-abode:

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of the family, or a person residing there, of the age of 13 years or upwards, informing that person of the contents the summons, and also be sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his or her usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of Service | Date of Mailing |
|---|---|---|---|
| | | | |
| | | | |

### © - Corporation defendants:

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| | | |
| | | |

### (d) - Other service:

_____, Sheriff of _____ County

A true copy of the original on file in my office
Attested to this 4th day of Dec. 20 18
MARK VON NIDA
Clerk of the Circuit Court, 3rd Judicial Circuit
Madison County, Illinois
By _____ Deputy Clerk

**EXHIBIT A**