IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALVIN D. HARVEY,

        Plaintiff,

v.

DOMINO'S PIZZA LLC,
TIMOTHY A. BEIERMANN, and
RYDER TRUCK RENTAL,

        Defendants.

Case No. 3:18-CV-2153-NJR-GCS

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    This matter having come before the Court, and the Court having rendered a decision,

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of May 28, 2019 (Doc. 38), reflecting settlement between the parties, this entire action is **DISMISSED with prejudice**.

    DATED:   July 31, 2019

                                  MARGARET M. ROBERTIE,
                                  Clerk of Court

                                  By:   s/ Deana Brinkley
                                            Deputy Clerk

**APPROVED:**   *s/ Nancy J. Rosenstengel*
                      NANCY J. ROSENSTENGEL
                      Chief U.S. District Judge